WALTER L. MARKER, d. b., *vs.* WILLIAM H. COLLINS, p. b.

JUSTICES OF THE PEACE—CERTIORARI DISMISSED WHERE NO JUDGMENT ENTERED BY JUSTICE.
Where a justice of the peace in a forcible entry and detainer case entered the jury's verdict in his docket, but failed to enter the judgment therein, certiorari will be dismissed for failure to enter the judgment.

(<em>November</em> 17, 1919.)

BOYCE and RICE, J. J., sitting.
*L. Irving Handy* for defendant below.

Opinion.

*John B. Hutton* for plaintiff below.

Superior Court for New Castle County, November Term, 1919.

CERTIORARI No. 34, November Term, 1919.

Action by William H. Collins before a justice of the peace against Walter L. Marker. Trial before jury. Verdict for plaintiff. On certiorari, which was dismissed for want of judgment.

The action before the justice was for a forcible entry and detainer. The case was heard before a jury who certified their verdict in favor of the plaintiff to the justice of the peace in accordance with the statute. The justice spread the certificate on his docket but failed to enter judgment thereon as required by the statute. There were four exceptions filed to the record. The fourth was "that it does not appear by the said record that any judgment of the justice of the peace was entered based on the finding of the jury in said cause." Counsel for the plaintiff below moved to dismiss the certiorari.

*Per Curiam:*—The certiorari should be dismissed for failure on the part of the justice to enter judgment on the finding of the jury. *Vaughn v. Marshall,* 1 *Houst.* 348.

The certiorari is dismissed.